UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.:  18-13510
VINCENT M GRZYBOWSKI, )
 )
 )  Chapter: 13
 )  Honorable Janet S. Baer
 )
 )  Kane
Debtor(s) )

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of Carrington Mortgage Services, LLC, the Court having jurisdiction and being advised in the premises, and due notice having been given:

IT IS HEREBY ORDERED THAT:

1. The automatic stay heretofore entered is modified to the extent necessary to allow Carrington Mortgage Services, LLC to foreclose the mortgage on the property located at 2141 Stirling Ct, Hanover Park, IL 60133.

2. Any claims or stipulations previously filed providing for the payment of current mortgage payments or for the payment of pre-petition arrearages to Carrington Mortgage Services, LLC in connection with the subject real property are withdrawn as to any unpaid portion thereof for the purposes of these proceedings only.

3. Federal Bankruptcy Rule 4001(a)(3) is waived by the Court and Carrington Mortgage Services, LLC may immediately implement and enforce this order granting relief from the automatic stay.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 22, 2018

**Prepared by:**

Mike Kalkowski ARDC #6185654
Richard B. Aronow ARDC# 03123969
Michael N. Burke ARDC#6291435
Shapiro Kreisman & Associates, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847) 291-1717
Attorneys for Movant
18-086680